ATTORNEY GRIEVANCE COMMISSION    \*   IN THE

OF MARYLAND    \*   COURT OF APPEALS

200 Harry S. Truman Parkway, Suite 300    \*   OF MARYLAND

Annapolis, MD 21401    \*

   \*

       Petitioner    \*

   \*

v.    \*   Misc. Docket AG

   \*

SEAN PATRICK MCMULLEN    \*   No. \_\_96\_\_\_\_

   \*

   \*   September Term, 2016

   \*

       Respondent    \*

   \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>ORDER</u>

This matter having come before the Court upon the filing of a Petition for Disciplinary or Remedial Action, with attached certified copy of a Memorandum Order whereby the Virginia State Bar Disciplinary Board revoked Sean Patrick McMullen's license to practice law in the Commonwealth of Virginia, effective June 26, 2015 (Exhibit A); and it appearing that said Sean Patrick McMullen is admitted to the Bar of this Court;

NOW, THEREFORE, it is this \_\_2nd\_\_ day of \_\_\_\_\_March_____, 2017,

ORDERED, by the Court of Appeals of Maryland, in accordance with Maryland Rule 19-737(d), that Sean Patrick McMullen, Respondent, is hereby suspended, effective immediately, from the practice of law in the State of Maryland, pending further order of this Court; and it is further

ORDERED, that the Clerk of this Court shall strike the name of Sean Patrick McMullen from the register of attorneys in this Court, notify Respondent of the filing of this order in accordance with Maryland Rule 19-742(a)(1), and comply with the notice provisions set forth in Maryland Rule 19-761(b).

/s/ Mary Ellen Barbera

_____

Chief Judge